# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| TERRY O'QUINN, Individually and For Others Similarly Situated,<br><br>v.<br><br>TRANSCANADA USA SERVICES INC. | Case No. 2:19-CV-00844<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

**1. SUMMARY.**

O'Quinn, on behalf of himself and the Opt-In Plaintiffs (together, "Plaintiffs") and TransCanada USA Services, Inc. ("TransCanada") (collectively, the "Parties") submit their joint motion for approval of the Parties' settlement of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. The Parties' agreement represents a fair and reasonable resolution of a *bona fide* dispute of Plaintiffs' alleged FLSA claims, and the Court should approve the Parties' Settlement Agreement (Ex. 1) in full.

As set forth more fully in the attached Memorandum of Law, the Parties' Settlement Agreement provides Plaintiffs with a reasonable recovery in light of the risks inherent in continued litigation and trial. TransCanada has defended the claims asserted in this lawsuit and continues to deny that it committed any wrongdoing or violated any state or federal wage and hour law. In light of the costs, risks, and delays inherent to protracted litigation balanced against the benefits of this settlement, the Parties' Settlement Agreement is in both party's best interest.

Accordingly, the Parties respectfully request the Court approve their Settlement Agreement (Ex. 1) in its entirety.

**Dated: April 16, 2021**

1

Respectfully submitted,

| | |
|---|---|
| Dated: April 16, 2021 | Dated: April 16, 2021 |
| **JOSEPHSON DUNLAP LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| /s/ *Taylor A. Jones* | /s/ *Stephen J. Quezada (with permission)* |
| **Andrew W. Dunlap** | **Stephen J. Quezada, Esq.** |
| TX Bar No. 24078444 | (*admitted pro hac vice*) |
| (*admitted pro hac vice*) | Texas SBN: 24076195 |
| **Taylor A. Jones** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| TX Bar No. 24107823 | One Allen Center |
| (*admitted pro hac vice*) | 500 Dallas St., Ste. 3000 |
| **JOSEPHSON DUNLAP LLP** | Houston, TX 77002 |
| 11 Greenway Plaza, Suite 3050 | Phone: (713) 655-0855 |
| Houston, Texas 77046 | Fax: (713) 655-0020 |
| 713-352-1100 – Telephone | stephen.quezada@ogletree.com |
| 713-352-3300 – Facsimile | |
| adunlap@mybackwages.com | **Eric E. Kinder** |
| tjones@mybackwages.com | WV State Bar # 8817 |
| | **SPILMAN THOMAS & BATTLE, PLLC** |
| **Anthony J. Majestro (WVSB 5165)** | 300 Kanawha Boulevard, East |
| **James S. Nelson (WVSB 10776)** | Charleston, West Virginia 25301 |
| **POWELL & MAJESTRO, PLLC** | Telephone: (304) 340-3800 |
| 405 Capitol Street, Suite P-1200 | Facsimile: (304) 340-3801 |
| Charleston, WV 25301 | |
| (304) 346-2889 – Telephone | **ATTORNEYS FOR DEFENDANT** |
| (304) 346-2895 – Facsimile | |
| **ATTORNEYS FOR PLAINTIFFS** | |

**CERTIFICATE OF SERVICE**

On April 16, 2021, I served the foregoing document via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*
**Taylor A. Jones**

**CERTIFICATE OF CONFERENCE**

As indicated by the Parties' Settlement Agreement, TransCanada is **not opposed** to the requested relief. *See* Ex 1.

*/s/ Taylor A. Jones*
**Taylor A. Jones**